Michael N. Westheimer, State Bar No. 178938
 E-mail: Michael.Westheimer@bakernet.com
BAKER & MCKENZIE LLP
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:    +1 650 856 9299

Attorneys for Defendants
BUCK CONSULTANTS, LLC and HAROLD LOEB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DENNIS J. NASRAWI, MICHAEL R. O'NEAL, and RHONDA BIESEMEIR,<br><br>Plaintiff,<br><br>v.<br><br>BUCK CONSULTANTS, LLC and HAROLD LOEB,<br><br>Defendants. | Case No. 1:09-cv-02061-OWW-GSA<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>[L.R. 6-144(c)]<br><br>Judge:  Hon. Gary S. Austin |

The Ex Parte Application of Defendants Buck Consultants, LLC and Harold Loeb for an extension of time to file a responsive pleading in the above-captioned action came on regularly before this Court pursuant to Local Rule 6-144(c).  Good cause appearing, the application is GRANTED.  Defendants' time to file a responsive pleading to Plaintiffs' Complaint in this action is extended 45 days, up to and including January 19, 2010.

IT IS SO ORDERED.

**Dated:   December 1, 2009**               /s/ Gary S. Austin
                                                                    UNITED STATES MAGISTRATE JUDGE