Michael N. Westheimer, State Bar No. 178938
　E-mail: Michael.Westheimer@bakernet.com
Benjamin C. Ho, State Bar No. 209377
　E-mail: Benjamin.C.Ho@bakernet.com
BAKER & MCKENZIE LLP
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:    +1 650 856 9299

Attorneys for Defendants
BUCK CONSULTANTS, LLC and HAROLD LOEB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DENNIS J. NASRAWI, MICHAEL R. O'NEAL, and RHONDA BIESEMEIR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BUCK CONSULTANTS, LLC and HAROLD LOEB,<br><br>　　　　Defendants. | Case No. 1:09-cv-02061-OWW-GSA<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE ANSWER UNTIL AFTER MOTION TO DISMISS FIRST AMENDED COMPLAINT IS RESOLVED, SETTING BRIEFING SCHEDULE AND HEARING DATE, AND CONTINUE INITIAL SCHEDULING CONFERENCE<br><br>Judge:  Hon. Oliver W. Wanger |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No.  1:09-cv-02061-OWW-GSA
ORDER GRANTING EXTENSION OF TIME

PALDMS/422050.2

After considering the parties' Stipulation To Extend Time For Defendants To File Answer Until After Motion To Dismiss First Amended Complaint Is Resolved, And To Continue Initial Scheduling Conference pursuant to L.R. 144(a), and good cause appearing, the relief requested in the Stipulation is GRANTED.

The COURT hereby orders as follows:

(1)   The hearing on Defendants' Motion to Dismiss First Amended Complaint is set for October 18, 2010. Defendants' moving papers must be filed by August 30, 2010. Opposition papers must be filed by September 27, 2010. Reply papers must be filed by October 4, 2010.

(2)   Defendants' time to file an Answer to the First Amended Complaint is extended until 14 days after the Court issues an Order on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

(3)   The Initial Scheduling Conference currently set for September 1, 2010 is vacated, and is continued to November 10, 2010.

IT IS SO ORDERED.

Dated:   **August 5, 2010**             **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE